Elissa Hutner
Attorney at Law
201 West 85th Street
New York, NY 10024
(212) 580-5246


United States District Court
Southern District of New York
---------------------------------------------X

E. Lee,

   Plaintiff,          07 Civ 10628 (WHP)

 -against-           Rule 7.1 Statement

Heritage Health & Housing, Inc.,

   Defendant.

---------------------------------------------X

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure AND TO ENABLE JUDGES AND MAGISTRATES JUDGES OF THE COURT TO EVALUATE THE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR DEFENDANT HERTAGE HEALTH AND HOUSING, INC. (PRIVATE NON-GOVERNMENTAL PARTIES) CERTIFIES THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD: **NONE, NEITHER DEFENDANT NOR ITS SUBSIDIARIES IS PUBLICLY HELD**


Dated: New York New York         _____
   January 3, 2008          Elissa Hutner   -EH 7629
                  Attorney at law
                  Attorney for Defendant
                  201 West 85th Street

New York, NY 10024
(212) 580-5246