United States District Court
Southern District of New York

E. Lee,

    Plaintiff,

  - against -        No. 07cv10628 (WHP)

Heritage Health & Housing, Inc.  **CIVIL CASE MANAGEMENT PLAN**

    Defendant.

1. This case **is not** to be tried to a jury.

2. Joinder of additional parties to be accomplished by: N/A

3. Amended pleadings may be filed without leave of Court until:   6/7/08

4. Initial disclosures to be completed by:   5/14/08

5. All fact discovery is to be completed by:   7/31/08

6. Initial document requests / interrogatories to be served by: 5/14/08

7. Depositions to be completed by 7/31/08

8. Requests to admit to be served no later than:   7/31/08

9. Expert discovery to completed by:   N/A

10. Contemplated motions: Summary judgment (Defendant) to be served by 9/30/08

11. Settlement conference to be held by 8/30/08

12. Parties **do not** consent to trial by magistrate judge.

Dated: New York, New York
   May 13, 2008

*[signature]*            *[signature]*
David Abrams          Elissa Hutner
Attorney at Law         Attorney at Law
DA 8126            EH 7629
Attorney for Plaintiff        Attorney for Defendant
305 Broadway, 5th Fl.       201 West 85th St.
New York, NY 10007       New York, NY 10024
212-897-5821          212-580-5246