UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
 :
E. LEE,
 :
      Plaintiff,
 :    07 Civ. 10628 (WHP)

-against-
 :    <u>SCHEDULING ORDER</u>

 :
HERITAGE HEALTH & HOUSING, INC.,
 :
      Defendant.
 :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

    Counsel for the parties having appeared for a May 16, 2008 conference, the following is established on consent:

    (1) Discovery shall by completed by July 31, 2008;

    (2) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by September 5, 2008; and

    (3) This Court will hold a final pre-trial conference on September 19, 2008 at 10:00 a.m.

Dated: May 19, 2008
      New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of record:*

David Abrams, Esq.
David Abrams, Attorney at Law
305 Broadway, 5th Floor
New York, NY 10007
*Counsel for Plaintiff*

Elissa Hutner, Esq.
Elissa Hutner, Attorney at Law
201 West 85th Street
New York, NY 10024
*Counsel for Defendant*